```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 33821
    EVELYN HART
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-9631


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/13/2004 and was confirmed 01/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  40.70%.

     The case was paid in full 11/28/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED             .00             .00            .00
HARRIS MORTGAGE LOAN       CURRENT MORTG       .00             .00            .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG       .00             .00            .00
UNITED CONSUMER FINANCIA   SECURED          250.00             .00         250.00
UNITED CONSUMER FINANCIA   UNSECURED OTH    958.76             .00         392.04
ROBERT J ADAMS & ASSOC     PRIORITY       NOT FILED            .00            .00
ASPIRE                     UNSECURED OTH   1569.15             .00         638.44
CREDIT CARD SERVICES       UNSECURED OTH   2389.06             .00         972.03
CARSON PIRIE SCOTT         UNSECURED OTH    670.39             .00         272.76
ECAST SETTLEMENT CORP      UNSECURED OTH    617.82             .00         251.38
ECAST SETTLEMENT CORP      UNSECURED OTH    568.22             .00         231.19
LS AYRES                   UNSECURED OTH    839.26             .00         341.47
ECAST SETTLEMENT CORP      UNSECURED OTH   1094.58             .00         445.35
RESURGENT ACQUISITION LL   UNSECURED OTH   6652.82             .00        2706.82
ROBERT J ADAMS & ASSOC     DEBTOR ATTY    2,010.00                       2,010.00
TOM VAUGHN                 TRUSTEE                                         488.53
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                9,000.01

PRIORITY                                           .00
SECURED                                         250.00
UNSECURED                                     6,251.48
ADMINISTRATIVE                                2,010.00
TRUSTEE COMPENSATION                            488.53
DEBTOR REFUND                                      .00
                       ---------------       ---------------
TOTALS                 9,000.01               9,000.01

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 33821 EVELYN HART
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |